UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| TRISHA D. WILSON,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No.  3:10-cv-05604-KLS<br><br><br><br>ORDER FOR REMAND |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's application for disability benefits under Titles II and XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Upon remand, the administrative law judge shall make a new, full sequential disability evaluation.  As part of this evaluation, the ALJ shall (1) evaluate the medical evidence, including the treating and examining source opinions, explain the weight given to the medical evidence, and if needed, request the treating and examining sources to provide additional evidence and/or further

Page 1   ORDER OF REMAND - [3:10-cv-05604-KLS]

clarification of the opinions and medical source statements about what the claimant can still do despite the impairments; (2) further evaluate Plaintiff's mental impairments in accordance with the special technique described in 20 C.F.R. §§ 404.1520a and 416.920a; (3) further evaluate the claimant's subjective complaints; (4) evaluate the statement from Tristan McFadden-Wilson; (5) further evaluate Plaintiff's residual functional capacity, based upon Plaintiff's physical and mental limitations; (6) if needed, obtain supplemental evidence from a vocational expert to clarify the effect of the assessed limitations on the claimant's occupational base; and (7) if needed, conduct the further proceedings required to determine whether drug addiction is a contributing factor material to the finding of disability.

DATED this 12th day of January, 2011.

Karen L. Strombom
United States Magistrate Judge

Presented by:

s/ Benjamin J. Groebner
BENJAMIN J. GROEBNER, WSB #36808
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 MS/221A
Seattle, Washington 98104-7075
Telephone:  (206) 615-2494
Fax:  (206) 615-2531
benjamin.groebner@ssa.gov

Page 2   ORDER OF REMAND - [3:10-cv-05604-KLS]