UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| TRISHA D. WILSON, | Civil No.  3:10-cv-05604-KLS |
| Plaintiff, | |
| vs. | JUDGMENT |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

It is hereby ORDERED that the above-captioned case be reversed and remanded for further administrative proceedings consistent with this Court's Order dated 1/12/2011.

DATED this 12th day of January, 2011.


Karen L. Strombom
United States Magistrate Judge


Page 1        JUDGMENT - [3:10-cv-05604-KLS]